[No. 22882-3-II.    Division Two.    March 5, 1999.]

DARLENE PEARSON, *Appellant*, v. OLYMPIC HOT TUB CO., ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-2-06417-7, Vicki L. Hogan, J., entered
December 19, 1997. *Reversed* by unpublished opinion per
Seinfeld, J., concurred in by Bridgewater, C.J., and Arm-
strong, J.

[No. 23349-5-II.    Division Two.    March 5, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LYLE
BASSE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-04271-4, Vicki L. Hogan, J., entered May
19, 1998. *Reversed* by unpublished opinion per Morgan, J.,
concurred in by Houghton and Hunt, JJ.

[No. 23459-9-II.    Division Two.    March 5, 1999.]

*In the Matter of the Marriage of* MICHAELS C. BERRY,
*Appellant*, and JAMA L. HAWK, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 88-3-01108-2, Leonard W. Costello, J., entered
May 20, 1998. *Reversed* by unpublished opinion per Bridge-
water, C.J., concurred in by Seinfeld and Armstrong, JJ.

[Nos. 38493-7-I; 39691-9-I;   Division One.   March 8, 1999.]
    41705-3-I.

*In the Matter of the Marriage of* VINCENT MARVIN
KNOEFLER, *Appellant*, and PATRICIA LYNN TEMPLIN,
*Respondent*.

Appeals from a judgment of the Superior Court for King
County, No. 90-3-01019-1, Larry Jordan, J., entered
November 19, 1997. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Baker and Appelwick, JJ.